ADOLPH SIMIS, JR., Respondent, v. DWIGHT M. HODGE et al., Appellants.

(Argued April 21, 1890; decided May 6, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 11, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*C. J. G. Hall* for appellants.

*George G. Reynolds* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

JOHN HUGHES, Respondent, v. ABRAHAM A. ANDRUSS et al., Appellants.

(Argued April 21, 1890; decided May 6, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made January 16, 1889, which affirmed a judgment in favor of plaintiff and affirmed an order denying a motion for a new trial.

*Leonard Leo* and *John L. N. Hunt* for appellants.

*James P. Niemann* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, J., not voting.
Judgment affirmed.